IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Allendale County School District, | ) | C/A No. 1:13-2470-TLW-PJG |
| | ) | |
| Plaintiff and Counter Defendant, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Harold McClain, | ) | |
| | ) | |
| Defendant and Counter Claimant. | ) | |
| _____ | ) | |

This civil action was filed in September 2013 and is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC.[1] On December 9, 2014, upon motion and consent of the parties, the court issued a Second Amended Scheduling Order extending the dispositive motions deadline until March 3, 2015. (ECF No. 39.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **March 17, 2015** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

*(signature: Paige J. Gossett)*

March 10, 2015                                   Paige J. Gossett
Columbia, South Carolina                    UNITED STATES MAGISTRATE JUDGE

---

[1] This action was removed from the Allendale County Court of Common Pleas.